IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Maryann Gerard, | ) Civil Action No. 6:23-cv-02127-JD |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF REMOVAL** |
| United of Omaha Life Insurance Company, | ) |
| Defendant. | ) |

**TO:    JOHN R. PEACE, ATTORNEY FOR PLAINTIFF**

YOU ARE HEREBY NOTIFIED THAT pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant United of Omaha Life Insurance Company ("Defendant"), hereby removes the above-referenced action previously pending in the Court of Common Pleas for the Thirteenth Judicial Circuit, Greenville County, South Carolina, as Civil Action No. 2023-CP-23-02039, to the United States District Court for the District of South Carolina, Greenville Division, on the following grounds:

## I.    COMMENCEMENT OF THE ACTION

This action was instituted by the Plaintiff Maryann Gerard ("Plaintiff") against Defendant by the filing of a Summons and Complaint ("Complaint") which was filed on April 25, 2023. Fewer than thirty days have elapsed since service of the Complaint.

## II. PLEADINGS AND NOTICE TO STATE COURT

A true and correct copy of all process and pleadings served upon Defendant are attached hereto as "Exhibit A" and are being filed with this Notice of Removal.  A copy of this Notice of

Removal has been provided to the Clerk of Court for the Greenville County Court of Common Pleas.

### III.  STATUTORY BASIS FOR JURISDICTION

This action is within the original jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331.  Section 1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.  This case is properly removed to this Court pursuant to federal question jurisdiction.  A federal question arises in this action because the Complaint sets forth a claim explicitly predicated upon a violation of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132.  *See, e.g.*, *Broadnax Mills, Inc. v. Blue Cross & Blue Shield of Va.*, 867 F. Supp. 398, 401 (E.D. Va. 1994) (citing *Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58, 64–67 (1987) ("Where ERISA is cited as the jurisdictional basis, complete preemption exists where the plaintiff's claim is displaced by ERISA's preemption provision, 29 U.S.C. § 1144, and falls within ERISA's civil enforcement provision.").

An ERISA claim is displaced by ERISA's preemption provision if it "relate[s] to any employee benefit plan."  29 U.S.C. § 1144.  "In order to achieve the policies underlying ERISA, the preemption clause is generally read expansively and a state cause of action will be found to 'relate to' an ERISA plan 'if it has a connection with or reference to such a plan.'"  *Broadnax*, 867 F. Supp. at 402 (quoting *District of Columbia v. Greater Wash. Bd. of Trade*, 506 U.S. 125 (1992)). The insurance policy at issue in the instant action was an employee benefit plan as defined by 29 U.S.C. § 1002.  (*See* Compl. ¶¶ 2–7.)

If Plaintiff has a claim against Defendant, her exclusive remedy is one for relief under ERISA § 502, 29 U.S.C. § 1132.  In fact, Plaintiff seeks a declaratory judgment that she is entitled

2

to benefits under ERISA, 29 U.S.C. § 1132. (Compl. at ¶ 22.) Therefore, the Complaint is subject to ERISA, and this Court has original jurisdiction because Plaintiff's claims raise a federal question.

## IV. <u>REQUEST FOR BRIEFING AND ORAL ARGUMENT</u>

In the event any question arises as to the propriety of the removal of this matter, Defendant requests the opportunity to present briefs, oral argument, and, if necessary, affidavits and other evidence in support of its position that removal is proper.

## V. <u>CONCLUSION</u>

Defendant hereby removes this matter from the South Carolina Court of Common Pleas for the Thirteenth Judicial Circuit to the United States District Court, Greenville Division based on federal question jurisdiction. *See* 28 U.S.C. §§ 1331, 1441, & 1446.

NELSON MULLINS RILEY & SCARBOROUGH LLP


By: *s/Matthew D. Patterson*
    Matthew D. Patterson
    Federal Bar No. 7788
    E-Mail: matt.patterson@nelsonmullins.com
    Tyler Walker
    Federal Bar No. 13975
    E-Mail: tyler.walker@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC 29201
    (803) 799-2000

    *Attorneys for Defendant United of Omaha Life Insurance Company*

Columbia, South Carolina

Dated: <u>May 18, 2023</u>.

3